TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00189-CR







Troy Deshawn Williams, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT


NO. 44,794, HONORABLE JACK W. PRESCOTT, JUDGE PRESIDING







PER CURIAM


 Counsel for appellant has filed a motion to permanently abate this appeal because
of the death of appellant. Tex. R. App. P. 9(b). The motion is supported by a certified copy of
the death certificate. 

 The motion is granted. The appeal is permanently abated. 


Before Chief Justice Carroll, Justices Aboussie and Jones

Appeal Permanently Abated

Filed: May 17, 1995

Do Not Publish